IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **CURTIS JAMES McGUIRE** | § | |
| | § | |
| **V.** | § | **A-23-CV-1099-DII** |
| | § | |
| **SAN SABA CORRECTIONAL** | § | |
| **SECURITY STAFF** | § | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff's motion for voluntary dismissal. Under Rule 41(a)(2) of the Federal Rules of Civil Procedure, an action may be dismissed at the plaintiff's instance upon order of the court and upon such terms and conditions as the court deems proper. After consideration of the motion, the Court is of the opinion that it should be granted.

It is therefore **ORDERED** the motion for voluntary dismissal, filed by Plaintiff on September 5, 2023, is **GRANTED**. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** on September 15, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE